Robert J. Herrington (SBN 234417)
Robert.Herrington@gtlaw.com
Sam Payne (SBN 307484)
Sam.Payne@gtlaw.com
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Tel: 310.586.7700
Fax: 310.586.7800

William M. Katz, Jr. (SBN 296330)
Bill.Katz@gtlaw.com
Greenberg Traurig, LLP
2021 McKenney Avenue, Suite 2000
Dallas, Texas 75201
Tel: 214.665.3600
Fax: 214.665.3601

*Attorneys for Defendant*
*Warner Bros. International Enterprises Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER SHIMOTA, an individual; RICARDO CAMARGO, an individual; JOHN ELLIOTT, an individual; and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC.; ANNAPURNA GAMES; CAPCOM U.S.A. INC.; ELECTRONIC ARTS INC.; HUMBLE BUNDLE, INC.; SEGA OF AMERICA, INC.; SONY INTERACTIVE ENTERTAINMENT LLC; SQUARE ENIX OF AMERICA HOLDINGS, INC.; UBISOFT, INC.; VALVE CORPORATION; WARNER BROS. INTERNATIONAL ENTERPRISES INC.; and DOES 1-10,<br><br>Defendants. | Case No. 3:26-cv-12291-TSH<br><br>**DEFENDANT WARNER BROS. INTERNATIONAL ENTERPRISES INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Removed: October 21, 2026 |

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Warner Bros. International Enterprises Inc. ("WBIE") provides the following corporate disclosure on behalf of WBIE:

1. WBIE is an indirect wholly-owned subsidiary of Warner Bros. Discovery, Inc., which is a wholly-owned subsidiary of Skydance Corporation, a publicly traded company. Harbor Lights Entertainment, Inc. (formerly known as National Amusements, Inc.), a privately held company, beneficially owns all of the Class A voting stock of Skydance Corporation.

2. No publicly held corporation owns 10% or more of Skydance Corporation's Class A or Class B common stock.

**CIVIL LOCAL RULE 3-15 CERTIFICATION**

Pursuant to Civil Local Rule 3-15, the undersigned counsel of record certifies that, as of this date, other than the named parties and the foregoing disclosures, no other persons or entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have any other kind of interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding. WBIE is not presently aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to this litigation.

Dated: October 27, 2026

GREENBERG TRAURIG, LLP

By */s/ William M. Katz, Jr.*
William M. Katz, Jr.

*Attorneys for Defendant Warner Bros. International Enterprises Inc.*