VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

MICHAEL W. McTIGUE JR. (of counsel)
michael.mctigue@skadden.com
MEREDITH C. SLAWE (of counsel)
meredith.slawe@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York, 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendant Valve Corporation*

RAKESH KILARU (of counsel)
rkilaru@wilkinsonstekloff.com
JAMES ROSENTHAL (of counsel)
jrosenthal@wilkinsonstekloff.com
MAX WARREN (of counsel)
mwarren@wilkinsonstekloff.com
DAVID FRIEDMAN (SBN 300737)
dfriedman@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

KERI L. ARNOLD (of counsel)
karnold@wilkinsonstekloff.com
RALIA E. POLECHRONIS (of counsel)
rpolechronis@wilkinsonstekloff.com
CAROLINE LI (of counsel)
cli@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, New York 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER SHIMOTA, an individual; RICARDO CAMARGO, an individual; JOHN ELLIOTT, an individual; and all others similarly situated,

Plaintiffs,

v.

ACTIVISION BLIZZARD, INC.; ANNAPURNA GAMES; CAPCOM U.S.A. INC.; ELECTRONIC ARTS INC.; HUMBLE BUNDLE, INC.; SEGA OF AMERICA, INC.; SONY INTERACTIVE ENTERTAINMENT LLC; SQUARE ENIX OF AMERICA HOLDINGS, INC.; UBISOFT, INC.; VALVE CORPORATION; WARNER BROS. INTERNATIONAL ENTERPRISES INC.; and DOES 1-10;

Defendants.

CASE NO.: 3:26-cv-12291-TSH

**PROOF OF SERVICE**

Judge: Hon. Thomas S. Hixson

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2000 Avenue of the Stars, Suite 200N, Los Angeles, California 90067. My email address is virginia.milstead@skadden.com.

On October 28, 2026, I caused to be served the documents described as:

**DEFENDANT VALVE CORPORATION'S NOTICE OF NON-OPPOSITION**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| BUCHER LAW PLLC<br>Ryan S. Bailey (ryan@bucherlawfirm.com)<br>1000 Brickell Ave<br>STE 715 - Mailbox 1004<br>Miami, FL 33131<br>Telephone: (650) 881-2201<br><br>Attorney for Plaintiff | WINSTON TAYLOR LLP<br>Jeanifer E. Parsigian<br>(jeanifer.parsigian@winstontaylor.com)<br>101 California Street, 21st Floor<br>San Francisco, CA 94111-5891<br>Telephone: (415) 591-1000<br><br>Attorney for Defendant Activision Blizzard, Inc |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>David J. Aveni (david.aveni@wilsonelser.com)<br>Michael McCloskey<br>(michael.mccloskey@wilsonelser.com)<br>401 West A Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 321-6200<br><br>Attorneys for Annapurna Games | WILMER CUTLER PICKERING HALE & DORR LLP<br>Susan A. Musser (susan.musser@wilmerhale.com)<br>Lauren Ige (lauren.ige@wilmerhale.com)<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br><br>Attorneys for Capcom U.S.A. Inc. |
| KEKER, VAN NEST & PETERS LLP<br>Adam Lauridsen (alauridsen@keker.com)<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br><br>Attorney for Defendant Electronic Arts Inc. | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.<br>Joseph S. Hall (jhall@kellogghansen.com)<br>Sean P. Quirk (squirk@kellogghansen.com)<br>Sumner Square<br>1615 M Street NW, Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7900<br><br>Attorneys for Humble Bundle, Inc. |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Leo Caseria (lcaseria@sheppard.com)<br>Ann M. O'Brien (aobrien@sheppard.com<br>Sascha Henry (shenry@sheppard.com)<br>350 S. Grand Avenue, 40th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 620-1780<br><br>Attorneys for Defendant Sega Of America, Inc. | MORRISON & FOERSTER LLP<br>Mallory A. Gitt (mgitt@mofo.com)<br>David A. Perez (DavidPerez@mofo.com)<br>925 Fourth Avenue, Suite 3600<br>Seattle, WA 98104<br>Telephone: (206) 327-6500<br><br>Attorneys for Sony Interactive Entertainment LLC |

| | |
|---|---|
| ASHURST PERKINS COIE<br>Shylah Alfonso (shylah.alfonso@ashurstperkins.com)<br>Ryan Maddock (ryan.maddock@ashurstperkins.com)<br>1301 Second Avenue, Suite 4200<br>Seattle, WA 98101-3804<br>Telephone: (206) 359-8000<br><br>Attorneys for Defendant Square Enix Of America Holdings, Inc. | PAUL HASTINGS, LLP<br>Steve McIntyre (stephenmcintyre@paulhastings.com)<br>Steve Marenberg (stevenmarenberg@paulhastings.com)<br>Ryan Phair (ryanphair@paulhastings.com)<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-6000<br><br>Attorneys for Defendant Ubisoft, Inc. |
| GREENBERG TRAURIG, LLP<br>Bill Katz (bill.katz@gtlaw.com)<br>Robert J. Herrington (Robert.Herrington@gtlaw.com)<br>Tonya M. Esposito (Tonya.Esposito@gtlaw.com)<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (310) 586-7700<br><br>Attorneys for Defendant Warner Bros. International Enterprises Inc. | |

☒ **(BY FEDERAL EXPRESS)** I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at Los Angeles, California and placed for collection and delivery following ordinary business practices.

☒ **(BY E-MAIL)** I caused the above-entitled documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 28, 2026, at Los Angeles, California.

| | |
|---|---|
| Virginia F. Milstead | /s/ *Virginia F. Milstead* |
| PRINT NAME | SIGNATURE |